[No. 40447-4-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.R., *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 96-8-05048-5, Alan R. Hancock, J., entered January 28, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 40527-6-I; 41135-7-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN MARK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SARAH STAR WIRKUS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-8-06466-3, Michael Hayden, J., entered March 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41139-0-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. D.J.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01993-6, Anthony P. Wartnik, J., entered July 8, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 16142-1-III.    Division Three.    July 21, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT EDWARD LUNDON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-02141-2, Robert N. Hackett, J., entered September 27, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.